In the Matter of the Application of Ignacio de la Torre, Appellant, for an Order Directing Solomon Charles Sugarman, Respondent, an Attorney at Law of This Court, to Account for and Turn over to Him Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Thomas S. Wilson, Respondent, v. Philip B. LaRoche, Appellant, (Appeal No. 1.) Thomas S. Wilson, Respondent, v. Philip B. LaRoche, Appellant. (Appeal No. 2.) — Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Isaac M. Cate, Who Sues on Behalf of Himself and All Other Stockholders of the American Locomotive Company, Who Are Situated Similarly with Himself, Respondent, v. Pliny Fisk and Others, Appellants, Impleaded with Others.— Order reversed with ten dollars costs and disbursements, and motion granted on payment of full bill of costs to date; service of supplemental answer to be without prejudice to the position of the case on the calendar. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of The Lodge Principle and Civility, etc., and Another. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Samuel Weidenfeld, Respondent, v. Mollie Weidenfeld, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing the defendant $150 counsel fee, with leave to the said defendant to renew her motion for alimony upon proper papers showing the necessity for her support and the means of the plaintiff. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Samuel Wesley Marvin, Jr., Respondent, v. Frederick Kent Ream, Appellant.— Order modified by limiting the examination to the manner in which the tooth was extracted and the exact manner in which the defendant treated the plaintiff for the hemorrhage, and as so modified affirmed, without costs. No opinion. Time for examination to proceed to be fixed on settlement of order. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

Marian K. Clark, Respondent, v. William B. Thom, Appellant.— Order modified so as to limit the examination to proof of the allegations contained in the complaint, without costs. Time for examination to proceed to be fixed on settlement of order. Order to be settled on notice. Present — Clarke; P. J., Scott, Smith, Davis and Shearn, JJ.